BROCK K. OHLSON, ESQ.
Nevada Bar No. 12262
JUSTIN A. CORNE, ESQ.
Nevada Bar No. 14504
**BROCK K. OHLSON PLLC**
6060 Elton Avenue, Suite A
Las Vegas, NV  89107
(702) 982-0055 Phone
(702) 982-0150 Fax
E-Mail: efile@injured.vegas
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SINDI LEON, individually,<br><br>Plaintiff,<br>vs.<br><br>ROCIO SOSA, individually, and JAMES RIVER INSURANCE COMPANY, DOES I - X, and ROE CORPORATIONS I - X, inclusive,<br><br>Defendants. | CASE NO.: 2:22-cv-00790-GMN-EJY<br><br>**STIPULATION AND ORDER TO STAY DISCOVERY PENDING RULING ON PLAINTIFF'S MOTION TO REMAND** |

The Parties to this action, by and through their respective counsel of record hereby stipulate to stay discovery in this action and all current pending deadlines as follows:

1. The initial case conference pursuant to FRCP 26 will occur within fourteen (14) days of the Court's Ruling on Plaintiff's Motion to Remand [Doc. No. 7];

2. The Parties will submit a proposed Discovery Plan and Scheduling Order within fourteen (14) days of the initial case conference; and

3. Defendant James River Insurance Company's responses to the written discovery that Plaintiff served while this matter was in state court will be due twenty-one (21) days after submission of the Discovery Plan and Scheduling Order.

**IT IS SO STIPULATED.**

- 1 -

Dated this 3rd day of August, 2022.

**BROCK K. OHLSON PLLC**

*/s/ Justin A. Corne /s/*

JUSTIN A. CORNE. ESQ. NBN 14504
6060 Elton Avenue, Suite A
Las Vegas, Nevada 89107
*Attorneys for Plaintiff*

Dated this 3rd day of August, 2022.

**BREMER WHYTE BROWN & O'MERA LLP**

*/s/ Kristina Miletovic /s/*

KRISTINA MILETOVIC, ESQ. NBN 14089
1160 North Town Center Drive, Suite 250
Las Vegas, Nevada 89144
*Counsel for Intervenor, James River Insurance Company*

UPON stipulation of the parties and with good cause appearing therefore on the merits,

**IT IS SO ORDERED.**

_____
**UNITED STATE MAGISTRATE JUDGE**

**Dated:  August 3, 2022**